1 | ANDRÉ BIROTTE JR.
United States Attorney
2 | DENNISE D. WILLETT
Assistant United States Attorney
3 | Chief, Santa Ana Branch
JENNIFER L. WAIER
4 | Assistant United States Attorney
California Bar Number: 209813
5 |     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
6 |     Telephone: (714) 338-3550
     Facsimile: (714) 338-3708
7 |     E-mail:    Jennifer.Waier@usdoj.gov

8 | Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. SA CR 07-66(A)-JVS |
|---|---|---|
| Plaintiff, | ) | ORDER CONTINUING HEARING DATE |
| | ) | ON DEFENDANT GREG HARRY'S |
| v. | ) | MOTION TO SUPPRESS EVIDENCE |
| | ) | |
| GREGORY TURVILLE HARRY, | ) | OLD HEARING DATE: |
| et al., | ) | November 4, 2010 at 9:00 a.m. |
| | ) | |
| | ) | NEW HEARING DATE: |
| Defendants. | ) | February 10, 2011 at |
| | ) | 9:00 a.m. |

IT IS HEREBY ORDERED THAT the hearing on defendant Greg Harry's motion to suppress evidence, currently set for November 4, 2010 at 9:00 a.m. is vacated, and a new hearing date is set for February 10, 2011 at 9:00 a.m.

IT IS FURTHER ORDERED that the government's opposition is due on January 20, 2011 and defendant's reply is due on January 27, 2011.

Dated: October 27, 2010

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE