ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch
JENNIFER L. WAIER
Assistant United States Attorney
California Bar Number:  209813
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3550
     Facsimile: (714) 338-3708
     E-mail:    Jennifer.Waier@usdoj.gov

Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>           Plaintiff,             )<br>                                  )<br>           v.                    )<br>                                  )<br> GREGORY TURVILLE HARRY,          )<br> et al.,                          )<br>                                  )<br>                                  )<br>           Defendants.            )<br>                                  )<br>                                  )<br>_____) | Case No. SA CR 07-66(A)-JVS<br><br>ORDER TAKING DEFENDANT GREG<br>HARRY'S MOTION TO SUPPRESS<br>EVIDENCE OFF-CALENDAR<br><br>OLD HEARING DATE:<br>January 20, 2012 at 9:00 a.m. |

   IT IS HEREBY ORDERED THAT the hearing on defendant Greg Harry's motion to suppress evidence, currently set for January 20, 2012 at 9:00 a.m., is vacated and taken off-calendar.

Dated: January 19, 2012

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE